**Order entered July 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00054-CV

### BARBARA MEREDITH, Appellant

### V.

### OXFORD TOWNHOMES, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-10-07847-B**

## ORDER

We **GRANT** appellant's June 29, 2015 amended motion for an extension of time to file a

brief.  Appellant shall file a brief by **JULY 2, 2015**.


/s/     ELIZABETH LANG-MIERS
        JUSTICE